FILED
07 OCT 29 PM 1:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

YOUR NAME
YOUR ADDRESS
YOUR TELEPHONE NUMBER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Faustino Robinson
-v-
GARY HUBBARd
DOUG HARVEY
PlAZA HoTEl

'07 CV 2051 LAB (RBB)

Case No.________________
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

To Whom it MAY Concern:

the MANAGER of Hotel Plaza Doug HAVEY has, opened, eight of My letters in two days. He WAS told to open these letters before giving the letter to me the opening of these letters is A lack of respect And A Violation of My Rights. I believe what WAS done is A Felony And I have already had 3 cases in November in the - SAN FRANSISCO And SAN DieGo. I believe - these Judges WERE Paid off And that they ARE CORRUPT. I would like this case to be TAKEN to the SUPREME COURT so that I could sue those who took MY #108 FROM MY letters.

FOR 20 million dollARS.
SINCERELY,

FCR...

Faustino Robinson

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

____ Yes  X No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

N/A

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

____ Yes __X__ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: ____________________

When: ____________________

Where: N/A

How (by telephone, in person, etc.): ____________________

Why attorney was not employed to handle your claim: ____________________

Attorney: ____________________

When: ____________________

Where: N/A

How (by telephone, in person, etc.): ____________________

Why attorney was not employed to handle your claim:

Attorney: ____________________

When: ____________________

Where: N/A

How (by telephone, in person, etc.): ____________________

Why attorney was not employed to handle your claim:

NO INCOME

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

HONE

6. Give any other information which supports your application for the court to appoint an attorney for you: Unemployable

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: N/A

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A. Employment

Are you employed now? ___ yes ___ no ___ am self-employed

Name and address of employer:

N/A

If employed, how much do you earn per month? no

If not employed, give month and year of last employment: 1983

How much did you earn per month in your last employment? # 7.00 PES HOUR

If married, is your spouse employed? ___ yes N/A no

If "YES," how much does your spouse earn per month? ______

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? N/A

B. Assets

(i) Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ____ yes X no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| N/A | |

(Attach additional sheets as necessary)

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? ___ yes X no

If "YES," state total amount: ______________________________

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ___ no

If "YES," give value and describe it:

Value Description

N/A

C. Obligations and Debts

(i) Dependents NONE

Your marital state is: ___ single ___ married ___ widowed, separated or divorced (circled)

Your total number of dependents is : NONE

List those person you actually support, your relationship to them, and your monthly contribution to their support:

Name/Relationship Monthly Support Payment

N/A

(ii) Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|
| Rent: | SAN DIEGO | REACH | $ 475.00 |
| Mortgage on Home: | N/A | | |
| Others: | N/A | | |

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 10/28/07

Faustino Robinson

Signature F.R.

(Notarization is not required)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Faustino Robinson

**DEFENDANTS**
GARY HUBBARD, DIRECTOR
DOUG HARVEY, MANAGER
PLAZA HOTEL

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

FILED
07 OCT 29 PM 1:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Faustino Robinson
P.O. Box 120763
SAN DIEGO CA 92112

**ATTORNEYS (IF KNOWN)**
'07 CV 2051 LAB (RBB)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

42USC1988

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment &Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153Recovery of Overpayment of Veterans Benefits
- [ ] 160 Stockholders Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Eiectmant
- [ ] 240 Tort to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury- Medical Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [X] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence Habeas Corpus
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prisoner Conditions

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (13958)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reappointment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities Exchange
- [ ] 875 Customer Challenge 12 USC
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State
- [ ] 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $ 440 DISCRIMINATION of civil Rights
Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE SIGNATURE OF ATTORNEY OF RECORD

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)