PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT

ADDRESS

# United States District Court
## Southern District Of California

Faustino Robinson,

Plaintiff/Petitioner/Movant

v.

Gary. Hubbaad, Dir
Doug. Hanvey, Mana
Plaza Hotel Defendant/Respondent

Civil No. '07 CV 2051 LAB (RBB)

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?   ☐ Yes   ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?          ☐ Yes ☐ No
    Do you receive any payment from the institution?   ☐ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                          ::ODMA\PCDOCS\WORDPERFECT\22835\1

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *NO*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): *NO*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): *NO*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you **must** explain the sources of funds for your day-to-day expenses.

    REACH - COMUNITY BE BRANCH FOUNDATION
    3861 RESECRAN S. $ DIEGO CA 92101
    6-9 223 8165 THEY PAY FOR MY FOOD AND SHELTR

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 10/28/07    _Faustino Robinson_
                 SIGNATURE OF APPLICANT