# UNITED STATES DISTRICT COURT

### Southern District of California

Faustino Robinson

                    Plaintiff,

v.                                         Case No.: 3:07−cv−02051−W−AJB

                                                   Judge  Thomas J. Whelan

Gary Hubbard, et al.

                    Defendant.

### JUDGMENT IN A CIVIL CASE

_____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the court grants the motion to proceed in forma pauperis, and dismisses the complaint for failure to state a claim upon which relief can be granted.

                                                                            W. Samuel Hamrick, Jr.,
                                                                                   Clerk of the Court

Date: 4/23/08

                                                                              By: s/ A. Everill, Deputy Clerk

                                                                                ENTERED ON: April 23, 2008