UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 29 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

```
FAUSTINO ROBINSON,

       Plaintiff - Appellant,

 V.

GARY HUBBARD; DOUG HARVEY;
PLAZA HOTEL & CASINO,

       Defendants - Appellees.
```

No. 08-55875

D.C. No. 3:07-cv-02051-W-AJB

**TIME SCHEDULE ORDER**



FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The parties shall meet the following time schedule:

**Thu., May 22, 2008**  Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a);

**Wed., June 11, 2008**  Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1;

**Wed., August 27, 2008**  Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the

**appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Pablo Garcia
Deputy Clerk